IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Malysa, Phillip S | Case Number:  06 B 01957 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/29/08 | Filed:  3/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  July 17, 2008
Confirmed:  April 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 104,565.43 | |
| Secured: | | 71,326.00 |
| Unsecured: | | 20,132.68 |
| Priority: | | 0.00 |
| Administrative: | | 1,229.00 |
| Trustee Fee: | | 5,362.85 |
| Other Funds: | | 6,514.90 |
| Totals: | 104,565.43 | 104,565.43 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,229.00 | 1,229.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 44,532.46 | 44,532.46 |
| 3. | Countrywide Home Loans Inc. | Secured | 26,793.54 | 26,793.54 |
| 4. | ECast Settlement Corp | Unsecured | 1,869.15 | 1,869.15 |
| 5. | First National Bank of Omaha | Unsecured | 3,056.44 | 3,056.44 |
| 6. | Northwestern Medical Faculty | Unsecured | 2,034.83 | 2,034.83 |
| 7. | RoundUp Funding LLC | Unsecured | 2,317.13 | 2,317.13 |
| 8. | ECast Settlement Corp | Unsecured | 8,048.82 | 8,048.82 |
| 9. | RoundUp Funding LLC | Unsecured | 1,797.58 | 1,797.58 |
| 10. | ER Solutions | Unsecured | 1,153.56 | 1,008.73 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Home Depot | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Unifund Corporation | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 92,832.51 | $ 92,687.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 437.25 |
| 5% | 413.65 |
| 4.8% | 746.88 |
| 5.4% | 2,662.61 |
| 6.5% | 1,102.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Malysa, Phillip S

Printed:  7/29/08

Case Number:  06 B 01957
Judge:  Hollis, Pamela S
Filed:  3/2/06

_____
$ 5,362.85

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____